# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK AND JENNIFER SCHRAD, on behalf of their daughter, S.S., **Plaintiffs,** v. RADNOR TOWNSHIP SCHOOL DISTRICT, **Defendant.** | CIVIL ACTION NO. 16-6354 |

## ORDER

**AND NOW**, this 28th day of September 2017, upon consideration of Plaintiffs' Motion to Dismiss Counterclaims (Doc. No. 6) and Defendant's Response (Doc. No. 8), it is **ORDERED** that the Motion is **GRANTED** and Counts I.A, I.B, and I.C of Defendant's Counterclaim Complaint are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,    J.**